Thomas Larry HERBIN, Petitioner—Appellant,

v.

Don WOODS, Superintendent, Respondent—Appellee.

No. 07–6071.

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2007.

Decided: Aug. 10, 2007.

Thomas Larry Herbin, pro se.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Larry Herbin seeks to appeal the district court's order denying his motion for appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan*

*Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Herbin seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Miller v. Simmons,* 814 F.2d 962, 964 (4th Cir.1987). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*